Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

Orlando Division

FILED
2019 SEP 18 PM 4:07
US DISTRICT COURT
MIDDLE DISTRICT OF FL
ORLANDO FLORIDA

Case No. 6:19-cv-1811-ORL-40EJK
*(to be filled in by the Clerk's Office)*

Jerome L. Grimes,

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Jury Trial: *(check one)*  ☒ Yes  ☐ No

City Of Orlando, (Florida),

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Jerome L. Gimes |
| Address | P.O. Box 2433 |
| | Eatonville / Florida / 32751 |
| | *City / State / Zip Code* |
| County | Orange |
| Telephone Number | (219) 808-0306 |
| E-Mail Address | inprose@sbsdvd.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | City Of Orlando, (Florida) |
| Job or Title *(if known)* | Municipal District 6, |
| Address | 201 S. Roslind Avenue, 3rd Floor, |
| | Orlando / Florida / 32802 |
| | *City / State / Zip Code* |
| County | Orange |
| Telephone Number | (407) 836-5860 |
| E-Mail Address *(if known)* | District6@ocfl.net |

☐ Individual capacity  ☒ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Address | |
| | *City / State / Zip Code* |
| County | |
| Telephone Number | |
| E-Mail Address *(if known)* | |

☐ Individual capacity  ☐ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

Defendant No. 3
    Name
    Job or Title *(if known)*
    Address

                              *City*                *State*           *Zip Code*

    County
    Telephone Number
    E-Mail Address *(if known)*

    ☐ Individual capacity    ☐ Official capacity

Defendant No. 4
    Name
    Job or Title *(if known)*
    Address

                              *City*                *State*           *Zip Code*

    County
    Telephone Number
    E-Mail Address *(if known)*

    ☐ Individual capacity    ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

    A.    Are you bringing suit against *(check all that apply)*:

        ☐ Federal officials (a *Bivens* claim)

        ☒ State or local officials (a § 1983 claim)

    B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

        4th Amendment Rights, "Rights To Be Free Fromm Defamation", U.S. Constitution,
        8th Amendment Rights, "Right To Be Free From Cruel And Unusual Punishment", U.S. Constitution, and 14th Amendment Rights, "Equal Protection Of The Law", U.S. Constitution.

    C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

The defendant's employees, Officer, Robertson, Badge #: 17291, and Officer, Olson #: 30248, both used illegal deliberate indifference by state actors and intimidation by blaming the victim, which lead to defamation with malice using falsified criminal trespass police report #: 2019-00324668, and illegal concealment with conscious effort to illegally suppress exculpatory evidence, i.e., August 27, 2019, 02:00 P.M./(02:21 P.M.) -To- 04:00 P.M., WaWa Gas Station's, Exterior Video Surveillance Security Disc Footage Of The Gas Pump Area, 3100 So. Orange Avenue, Orlando, Florida 32806.

III. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

The events giving rise to my claims occurred in the City Of Orlando, Florida, on: 3100 South Orange Avenue, at the Gas Pumps Area of the Wa Wa Gas Station.

B. What date and approximate time did the events giving rise to your claim(s) occur?

The date giving rise to my claims occurred on, August 27, 2019, at approximately, 02:21 P.M..

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

The In Pro Se, Attorney/Plaintiff was intimidated from securing, 14th & 16th Amendment Rights, "Rights To Exonerating and Exculpatory Evidence", U.S. Constitution. Followed-Up with 8th Amendment Rights, violation of cruel and unusual punishment with deliberate indifference, Framed-Up As Criminal Trespass, USConst, leading to 5150/Baker Act And Moved More Than 5 feet —

III. Statement of Claim (Cont') (Page: 4 of 7)

C.

away from His/(plaintiff's) 2018 Personal Private Property Automobile, which humiliated, defamed, and intimidated the plaintiff, who just minutes before on: August 27, 2019 [02:21 P.m., Approx.], was a victim of violent crime likely to cause death by gun, in the hands of the Prime Suspect/(male) Shooter/ Unjustifiable Homicide Against: Victim, Anthony Hendley (MPBUH) A.M./morning of: August 27, 2019. This Gunman's Florida License Plate Number is: KYUC75.

And through In Pro Se Plaintiff's, In Pro Se, Independent Investigation that Florida License plate contains Communic of the plaintiff's two (2) middle Social Security numbers BACKWARD, which is: 57, which also is discovered and KYUC75 declared under the penalty of perjury, under the laws of the United States Of America, that the defendant's (2) two employees/officers/ state actors, Robertson #: 17291, and Olson #: 30248, both are co-shills of the, August 27, 2019, Unjustifiable Homicide Premeditated Against, Victim, Anthony Hendle (Attachment 1 of 2)

III. Statement of Claim (cont)(Page: 4 of 7)

C.: and co-Shills/co-forces of the, August 27, 2019 Attempt of Premeditated Unjustifiable Homicide (Culpable) Against Victim/In Pro Se, Attorney/Plaintiff, Jerome L. Grimes, B.R.: This cause rise of Tort for Defamation of Criminal Trespass, 1st Amendment Rights, U.S. Constitution, and violation of due process Equal Protection of the law with Rights to Exonerating Evidence, which PROVES the In Pro Se, Attorney/Plaintiff Jerome L. Grimes, was Illegally Stalked TO The WaWa Gas Station, by the Gunmen who had Florida License Plate Number: KYUQ75 Black factory Color, Truck, SEE: EXONERATING EVIDENCE, identified as: WaWa Gas Station Pump Area, Exterior, Video-Surveillance Security Disc footage, 3100 S. Orange Avenue, Orlando, Florida 32806, August 27, 2019 03:00 p.m. – 04:00 p.m.), Unedited, Untampered, Undestroyed, and Un-digital Morphed Disc Video footage. SEE: Orlando Police Incident Report Number: 2019-00324668
#: 2019-00324668 #68
Criminal Trespass

— End —

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

No physical injuries, but moved 5 feet under false pretense, which is Kidnap, force, and fear of substantial Right to liberty deprivation, fear of false arrest, fear of continuous false hospitalization, hardship psyche, and fear of continuous false imprisonment hardship with handcuffs forced more than 5 feet to Espire Hospital Treatment Center, while Framed-Up/Psychological Post-11/18/79 AKA: Post-11/18/78 Covert Terror Paramilitary Warfare Against Civillian Plaintiff.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I want the court to schedule an ADR Hearing, or Settlement Conference, because I am asking for $110,000.00 (One Hundred And Ten Thousand Dollars) Sum Certain, for violation of 4th + 8th Amendments, and 14th Amendment Right To Equal Protection Of The Law And 6th Amendment Discovery, Preservation, Collection, and Production of Exonerating WaWa Gas Station Video Surveillance Security Disc, 08/27/19.

Page 5 of 7

V. Relief (Con't) (Page: 5 of 7)

And for intimidation, deliberate indifference by state actors, which is constitutionally illegal while under Oath and On-Duty COINCIDENCE. (SEE: Coronor(s) On-Duty and Next Shift That Put Tag On Toe of DECEDENT, Anthony Hendley, August 27, 2019 and On-Duty Coronor At Time of ATTEMPT Against HEREIN Plaintiff / In Prose, Attorney Jerome L. Grimes, B.A., (Victim), August 27, 2019 and following shift for Coronor Duty, P.M. Hour After, 02:00 P.M. - 04:00 P.M. Shift, as possible Co-Fences (Co-Shills) against Anthony Hendley, and HEREIN, Plaintiff, Jerome L. Grimes. SEE SOMETHING SAY SOMETHING REPORT Capacity, Safety + Welfare of International Tourists Attraction Disney World Resort + Theme Park Area, City of Orlando, Orange County, Middle District State of Florida.

— End —

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: August 18, 2019

Signature of Plaintiff: *Jerome L. Grimes*
Printed Name of Plaintiff: Jerome L. Grimes, B.A.,

### B. For Attorneys

Date of signing: August 18, 2019

Signature of Attorney: *Jerome L. Grimes*
Printed Name of Attorney: (In Pro Se) Jerome L. Grimes
Bar Number: N/A   In Pro Se, Attorney
Name of Law Firm: N/A

Page 6 of 7

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

| | |
|---|---|
| Address | P.O. Box 2433 |
| | Eatonville, Florida 32751 |
| | *City* *State* *Zip Code* |
| Telephone Number | (219) 808-0306 |
| E-mail Address | inprose@sbsdvd.com |